164 So.2d 362

**Succession of Teresa Romo MEDICA.**

**No. 47319.**

**June 8, 1964.**

In re: Mary Romo Gonzalez, administratrix of the Succession of Teresa Romo Medica, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 163 So.2d 425.

Writ denied. No error of law in the judgment of the Court of Appeal.